UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| KATHLEEN MCINTYRE,<br><br>       Plaintiff,<br>  v.<br>UPS, *et al.*,<br><br>       Defendants. | Case No. 2:25-cv-00730-MMD-NJK<br><br>ORDER |

    Pro se Plaintiff Kathleen McIntyre is attempting to sue Defendants UPS and Amazon regarding a dispute about returning a rug. (ECF No. 1-1.) Before the Court is the Report and Recommendation ("R&R") of United States Magistrate Judge Nancy J. Koppe (ECF No. 5), recommending the Court dismiss this case without prejudice for lack of subject matter jurisdiction and because McIntyre did not timely respond to Judge Koppe's earlier order to show cause as to jurisdiction. To date, no objections to the R&R have been filed. Because there is no objection, and as further explained below, the Court will adopt the R&R and dismiss this case without prejudice.

    Because there is no objection, the Court need not conduct de novo review, and is satisfied that Judge Koppe did not clearly err. *See United States v. Reyna-Tapia*, 328 F.3d 1114, 1116 (9th Cir. 2003) ("De novo review of the magistrate judges' findings and recommendations is required if, but *only* if, one or both parties file objections to the findings and recommendations." (emphasis in original)). Judge Koppe explains in the R&R that jurisdiction appears lacking, and McIntyre did not timely respond to her order to show cause why this case should not be dismissed without prejudice. (ECF No. 5 at 1-2.) Judge Koppe accordingly recommends dismissal of this case without prejudice to refiling in an appropriate state court. (*Id.*) Having reviewed the R&R, Judge Koppe did not clearly err.

It is therefore ordered that Judge Koppe's Report and Recommendation (ECF No. 5) is accepted and adopted in full.

It is further ordered that this case is dismissed, in its entirety, without prejudice.

It is further ordered that McIntyre's application to proceed in forma pauperis (ECF No. 1) is denied as moot.

The Clerk of Court is directed to enter judgment accordingly and close this case.

DATED THIS 3rd Day of June 2025.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE